452 A.2d 1347

COMMONWEALTH of Pennsylvania

v.

Darryl D. RAWLS, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 25, 1982.

Decided Dec. 10, 1982.

John W. Packel, Chief, Appeals Div., Asst. Public Defender, Karl Baker, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Gaele McLaughlin Barthold, Asst. Dist. Attys., for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Appeal dismissed, 276 Pa.Super. 89, 419 A.2d 109, as having been improvidently granted.